```
DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ROSARIO MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE ROSARIO MARTINEZ, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:05-cr-00466 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON <br><br> Date:  February 12, 2007 <br> Time:  9:00 A.M. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for January 29, 2007, **may be continued to February 12, 2006 at 9:00 a.m.**

The grounds for the continuance are further defense investigation and preparation prior to hearing.

///

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: January 24, 2007          By  /s/ Kathleen A. Servatius
                                     KATHLEEN A. SERVATIUS
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: January 24, 2007          By  /s/ Melody M. Walcott
                                     MELODY M. WALCOTT
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     JOSE ROSARIO MARTINEZ

**ORDER**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 25, 2007**          /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; and [Proposed] Order Thereon          2