# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TREVINO, | CASE NO. 1:05-cv-00466-OWW-SMS PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS |
| v. | |
| WHITTEN, et al., | |
| Defendants. | (Doc. 27) |
| _____/ | |

On March 8, 2007, defendants filed a motion for summary judgment. More than twenty-one days have passed and plaintiff has not filed an opposition or a statement of non-opposition to defendants' motion. Local Rule 78-230(m).

Accordingly, plaintiff shall file an opposition or a statement of non-opposition to defendants' motion within **thirty (30) days** from the date of service of this order, and if plaintiff fails to comply with this order, this action will be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

**Dated:   April 17, 2007**          _____/s/ Sandra M. Snyder_____
                                    UNITED STATES MAGISTRATE JUDGE

1