UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)

**FILED**
JAN 1 7 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| ROBERT TREVINO,<br><br>　　　　Plaintiff - Appellant,<br>v.<br><br>THOMAS; et al.,<br><br>　　　　Defendants - Appellees. | No. 07-17171<br>D.C. No. CV-05-00466-OWW/SMS<br><br><br>**ORDER** |

This appeal has been taken in good faith　　[ ]

This appeal is not taken in good faith　　[X]

Explanation: _In this own 6 year old case, no facts or issues debatable among jurists of reason support plaintiff's denial of access to law library claim. This petition for rehearing was timely filed._

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　Date: 1-15-08

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

January 10, 2008

| ROBERT TREVINO, | No. 07-17171 |
| --- | --- |
| Plaintiff - Appellant, | D.C. No. CV-05-00466-OWW/SMS |
| v. | |
| THOMAS; et al., | **REFERRAL NOTICE** |
| Defendants - Appellees. | |

This matter is referred to the district court for the limited purpose of determining whether this appeal has been taken in good faith or is frivolous. *See* 28 USC Sec. 1915(a)(3).

If the district court is of the opinion that this appeal is frivolous or not taken in good faith, the district court is requested to complete the attached certification form and return it to this court within 21 days. If this court does not receive a completed certification form within 21 days, it will presume that the district court considers the appeal to have been taken in good faith.

This referral shall not affect the briefing schedule previously established by this court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Jeffery Crocker
Deputy Clerk